## INDEX OF EXHIBITS TO MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit 1 | Plaintiff's Deposition Transcript (Filed Under Seal) |
| Exhibit 2 | Job Description |
| Exhibit 3 | Collective Bargaining Agreement |
| Exhibit 4 | Corrective Discipline System Work Rules |
| Exhibit 5 | Corrective Discipline System Policy |
| Exhibit 6 | 2004 Emails |
| Exhibit 7 | 1/19/07 Email (Filed Under Seal) |
| Exhibit 8 | 1/22/07 Email |
| Exhibit 9 | 1/22/07 Memo |
| Exhibit 10 | 4/08/11 Restrictions (Filed Under Seal) |
| Exhibits 11-20 | Short Term Disability Documents (Filed Under Seal) |
| Exhibit 21 | 2013 Memos |
| Exhibit 22 | 10/0313 Email |
| Exhibit 23 | 1/23/14 Memo |
| Exhibit 24 | 4/04/14 Memo |
| Exhibit 25 | 2/14/14 Email |
| Exhibit 26 | 6/3/14, 6/5/14 & 6/6/14 Emails (Filed Under Seal) |
| Exhibit 27 | Dottie Barnett Deposition Transcript |
| Exhibit 28 | 6/10/14 Letter (Filed Under Seal) |
| Exhibit 29 | Chris Gallagher Deposition Transcript |
| Exhibit 30 | 4/16/14 Memo No. 1 |
| Exhibit 31 | 4/16/14 Memo No. 2 |

{00033325.DOCX}

| | |
|---|---|
| Exhibit 32 | 6/17/14 Complaint |
| Exhibit 33 | 6/24/14 Investigation Interview |
| Exhibit 34 | Investigation Findings |
| Exhibit 35 | Notice of Disciplinary Action |
| Exhibit 36 | 6/18/14 Memo |
| Exhibit 37 | 7/10/14 Resignation Letter |
| Exhibit 38 | Yvette McGee Deposition Transcript |