## INDEX TO:

## APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## INDEX OF UNREPORTED CASES AND FULL TEXT OF SOURCES

**Unreported Cases**                                                  **Page No. In Brief**

**Ex. A:** *Aldini v. Kroger Co. of Mich.*, 628 F. App'x 347, 350 (6th Cir. 2015) ......... 15

**Ex. B:** *Gerton v. Verizon S. Inc.*, 145 F. App'x 159 (6th Cir. 2005) ......................... 17

**Ex. C:** *Gleed v. At & T Mobility Servs., LLC*, 613 F. App'x 535, 539 (6th Cir. 2015) ............................................................................................... 18, 24

**Ex. D:** *Handshoe v. Mercy Med. Ctr.,* 34 F. App'x 441, 448-49 (6th Cir. 2002) 19, 24

**Ex. E:** *Hurtt v. Int'l Servs., Inc.*, 627 F. App'x 414, 420 (6th Cir. 2015) ................. 23

**Ex. F:** *Jurach v. Safety Vision, LLC*, 2016 WL 1055698, at *8 (5th Cir. Mar. 15, 2016) ........................................................................................................ 22

**Ex. G:** *Obnamia v. Shinseki*, 2013 WL 5408267 at *6 (S.D. Ohio Sept. 25, 2013), *aff'd*, 569 F. App'x 443 (6th Cir. 2014) ................................................... 16

**Ex. H:** *Obnamia v. Shinseki*, 569 F. App'x 443 (6th Cir. 2014) ............................. 16

**Ex. I:** *Parks v. UPS Supply Chain Sols., Inc.*, 607 F. App'x 508, 515 (6th Cir. 2015) ........................................................................................... 20

**Ex. J:** *Rosebrough v. Buckeye Valley High Sch.*, 582 F. App'x 647, 651 (6th Cir. 2014) ........................................................................................... 20

**Ex. K:** *Scott v. Eastman Chem. Co.*, 275 F. App'x 466, 482-83 (6th Cir. 2008) ...... 25

**Ex. L:** *Simon v. Schlumberger Tech. Corp.*, 2015 WL3952739, at *13 (W.D. La. June 26, 2015), *aff'd*, 2016 WL 470025 (5th Cir. Feb. 5, 2016) .............. 16

**Ex. M:** *Simon v. Schlumberger Tech. Corp.*, 2016 WL 470025 (5th Cir. Feb. 5, 2016) ........................................................................................................ 16

**Ex. N:** *Smith v. Honda of Am. Mfg., Inc.*, 101 F. App'x 20, 25 (6th Cir. 2004) ....... 15

**Ex. O:** *Stacy v. Shoney's, Inc.*, 142 F.3d 436 (6th Cir. 1998) .................................. 19

**Ex. P:** *Trepka v. Bd. of Educ.*, 28 F. App'x 455, 461 (6th Cir. 2002) ........... 18, 19, 23

**Ex. Q:** *West v. Tyson Foods, Inc.*, 374 F. App'x 624, 640 (6th Cir. 2010) ............... 23

**Ex. R:** *Yarberry v. Gregg Appliances, Inc.*, 625 F. App'x 729, 741 (6th Cir. 2015) ..21, 22

**Full Text Of Sources**                                        **Page No. In Brief**

**Ex. S**: Collective Bargaining Agreement  ...................................... 3, 4, 10, 14, 21, 22

**Ex. T**: CHR Policies and Procedures ............................................................... 3, 22

**Ex. U**: Dottie Barnett Deposition Transcript  ................................................... 10, 11

**Ex. V**: Chris Gallagher Deposition Transcript ................................................. 10, 11

**Ex. W**: Yvette McGee Deposition Transcript  .......................................................... 22

{00033321.DOCX}