# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | *Loffredo v. Daimler AG*, 666 F. App'x 370, 378 (6th Cir. 2016) |
| Exhibit B | *Intercontinental Elecs., S.p.A. v. Roosen*, 210 F. App'x 491, 495 (6th Cir. 2006) |
| Exhibit C | *Kelly Aerospace Thermal Sys., LLC v. ABF Freight Sys., Inc*, 2016 WL 4374917, at *1 (E.D. Mich. Aug. 17, 2016) |
| Exhibit D | *Smith v. Honda of Am. Mfg., Inc.*, 101 F. App'x 20, 25 (6th Cir. 2004) |
| Exhibit E | *Gerton v. Verizon S. Inc.*, 145 F. App'x 159, 168 (6th Cir. 2005) |
| Exhibit F | *Yarberry v. Gregg Appliances, Inc.*, 625 F. App'x 729, 741 (6th Cir. 2015) |
| Exhibit G | *Hurtt v. Int'l Servs., Inc.*, 627 F. App'x 414, 420 (6th Cir. 2015) |
| Exhibit H | *Trepka v. Bd. of Educ.*, 28 F. App'x 455, 463 (6th Cir. 2002) |
| Exhibit I | *Gleed v. AT & T Mobility Servs., LLC*, 613 F. App'x 535, 540 (6th Cir. 2015) |

{00044049.DOCX}